# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2346

_____

Marvin Brown,                                          *
                                                       *
            Appellant,                                 *
                                                       *    Appeal from the United States
      v.                                               *    District Court for the
                                                       *    District of Nebraska.
Medical Department at Douglas                          *
County Correction; Douglas County,                     *    [UNPUBLISHED]
Nebraska,                                              *
                                                       *
            Appellees.                                 *

_____

Submitted: July 26, 2006
Filed: August 7, 2006

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

Nebraska inmate Marvin Brown appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record in the light most favorable to Brown and considered the parties' arguments, *see Anderson v. Larson*, 327 F.3d 762, 767 (8th Cir. 2003) (de novo standard of review), we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.